1  ALI ABUGHEIDA (STATE BAR NO. 285284)
   aabugheida@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA  94105-2669
4  Telephone:   +1 415 773 5700
   Facsimile:    +1 415 773 575
5
   Attorney for Defendants
6  Block, Inc. and Square Financial Services, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRADLEY BAILEY, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No. 3:25-cv-05626-PHK
12 | | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**
13 | Plaintiff, |
14 | v. |
15 | BLOCK, INC., D/B/A CASH APP, SQUARE FINANCIAL SERVICES, INC., FIRST ELECTRONIC BANK, AND DOES 1-10, inclusive, |
16 | |
17 | |
18 | Defendants. |

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND
DEFENDANTS' TIME TO RESPOND
3:25-CV-05626-PHK

1   Pursuant to Civil Local Rule 6-1(a), Defendants Block, Inc. ("Block"), Square Financial
2   Services, Inc. ("Square") and First Electronic Bank ("FEB") (collectively, the "Defendants") and
3   Plaintiff Bradley Bailey ("Plaintiff") (collectively, the "Parties") by and through their respective
4   attorneys of record, hereby stipulate and agree as follows:

5   WHEREAS, Plaintiff filed his Complaint in Superior Court for the State of California in
6   and for the County of Alameda on May 28, 2025 ("Complaint").

7   WHEREAS, on July 3, 2025, FEB filed a Notice of Removal, removing this action to the
8   U.S. District Court for the Northern District of California, ECF No. 1.

9   WHEREAS, under Fed. R. Civ. Pro. 81(c), Defendants' deadline to respond to the
10  Complaint is July 10, 2025.

11  WHEREAS, the Parties agreed via email on July 3, 2025 to extend the Defendants' deadline
12  to respond to the Complaint by a period of thirty (30) days, or until August 11, 2025.

13  WHEREAS, the Parties agree that this Stipulation is being entered into without waiving
14  any party's rights or ability to raise any defenses or claims (including jurisdictional challenges)
15  and expressly reserve all rights regarding the same.

16  WHEREAS, the stipulated extension will not alter the date of any event or deadline
17  already fixed by Court order.

18  NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the Parties hereby stipulate and
19  agree that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall
20  be up to and including **August 11, 2025**.

21  **IT IS SO STIPULATED.**

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION TO EXTEND
DEFENDANTS' TIME TO RESPOND
3:25-CV-05626-PHK

Dated: July 9, 2025

By: */s/ Ali Abugheida*
ALI ABUGHEIDA

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendants
Block, Inc. and Square Financial Services, Inc.

Dated: July 9, 2025

By: */s/ Joshua R. Jacobson*
Joshua R. Jacobson

JACOBSON PHILLIPS PLLC

Randall K. Pulliam
CARNEY BATES & PULLIAM, PLLC

Elliot Conn
CONN LAW, PC

Attorneys for Plaintiff Bradley Bailey and the Proposed Classes

Dated: July 9, 2025

By: */s/ Elizabeth Holt Andrews*
Elizabeth Holt Andrews

TROUTMAN PEPPER LOCKE LLP

Attorneys for Defendant
First Electronic Bank

- 3 -

STIPULATION TO EXTEND
DEFENDANTS' TIME TO RESPOND
3:25-CV-05626-PHK

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that each of the other signatories hereto concur in the filing of this document.

Dated: July 9, 2025

By: */s/ Ali Abugheida*
ALI ABUGHEIDA

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendants
Block, Inc. and Square Financial Services, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

STIPULATION TO EXTEND
DEFENDANTS' TIME TO RESPOND
3:25-CV-05626-PHK