TROUTMAN PEPPER LOCKE LLP
Elizabeth Holt Andrews (SBN 263206)
elizabeth.andrews@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, California 94111-4057
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys for Defendant
*First Electronic Bank*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRADLEY BAILEY, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCK, INC., D/B/A CASH APP, SQUARE FINANCIAL SERVICES, INC., FIRST ELECTRONIC BANK, and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 4:25-cv-05625-YGR<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

I, Felisa H. Lybarger, declare:

I am a citizen of the United States and employed in Orange County, CA. I am over the age of 18 and not a party to the within action; my business address is 100 Spectrum Center Drive, Suite 1500, Irvine, CA 92618; email: felisa.lybarger@troutman.com.

On July 17, 2025, I served the following document(s) described as:

1. **STANDING ORDER IN CIVIL CASES BEFORE UNITED STATES DISTRICT JUDGE YVONNE GONZALEZ ROGERS;**

2. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; AND**

3. **CERTIFICATE OF SERVICE**

☒ **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list.

SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on July 17, 2025, at Irvine, CA.

*/s/ Felisa H. Lybarger*
Felisa H. Lybarger

## SERVICE LIST

| | |
|---|---|
| Joshua R. Jacobson (*pro hac vice*)<br>JACOBSON PHILLIPS PLLC<br>2277 Lee Road, Suite B<br>Winter Park, Florida 32789<br>joshua@jacobsonphillips.com<br><br>Randall K. Pulliam (*pro hac vice*)<br>rpulliam@cbplaw.com<br>Edwin Lee Lowther (*pro hac vice*)<br>llowther@cbplaw.com<br>Courtney Elizabeth Ross Brown (*pro hac vice*)<br>cbrown@cbplaw.com<br>CARNEY BATES & PULLIAM, PLLC<br>One Allied Drive, Suite 1400<br>Little Rock, Arkansas 72202<br><br>Elliot Conn<br>elliot@connlawpc.com<br>eservice@connlawpc.com<br>CONN LAW, PC<br>100 Bush Street, Suite 1580<br>San Francisco, California 94104 | Attorneys for Plaintiff<br>BRADLEY BAILEY |
| Ali M. Abugheida<br>aabugheida@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFF LLP<br>405 Howard Street<br>San Francisco, California 94105 | Attorneys for Defendants<br>BLOCK, INC., d/b/a CASH APP; and<br>SQUARE FINANCIAL SERVICES, INC. |