United States District Court
Northern District of California

| | |
|---|---|
| **BRADLEY BAILEY,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**BLOCK INC. D/B/A CASH APP, ET AL.,**<br><br>  Defendants. | CASE NO. 25-cv-05625-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE;**<br><br>**SETTING COMPLIANCE DEADLINE**<br><br>Re: Dkt. No. 35 |

The Court has reviewed the parties' stipulation which requests that the conference set for Monday, March 2, 2026 at 2:00 p.m. be continued and defendants' responsive pleading deadline be continued to the later of March 2, 2026, or seven days following resolution of plaintiff's forthcoming motion for preliminary approval and any subsequent motion for final approval.

The Court hereby **VACATES** the conference and **SETS** a compliance deadline for the parties to file their motion for preliminary approval of class action settlement on the Court's 9:01 a.m. calendar on Friday, April 24, 2026. Five (5) business days prior to the date of the compliance deadline, the plaintiffs shall file their motion for preliminary approval of class action settlement. If compliance is complete, the compliance deadline will be taken off calendar. Failure to timely comply may result in sanctions or an additional conference being set by the Court.

Defendants' responsive pleading deadline is continued to seven days following resolution of plaintiff's forthcoming motion for preliminary approval and any subsequent motion for final approval.

  **IT IS SO ORDERED.**

This Order terminates Dkt. No. 35.

**Dated:**   February 25, 2026

_____
  **YVONNE GONZALEZ ROGERS**
  **UNITED STATES DISTRICT COURT JUDGE**