UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRADLEY BAILEY, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>        Plaintiff,<br><br>        v.<br><br>BLOCK, INC., D/B/A CASH APP, SQUARE FINANCIAL SERVICES, INC., FIRST ELECTRONIC BANK, AND DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 4:25-cv-05625-YGR<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC. IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Orrick, Herrington &
Sutcliffe LLP
Attorneys at Law
San Francisco

DECLARATION OF SETTLEMENT
ADMINISTRATOR SIMPLURIS INC.

I, Bri Nelson, declare as follows:

1. Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true.

2. I am a Vice President of Client Services at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator.

3. Simpluris has been administering class action settlements for over fifteen years, in which time we have been appointed in over 9,000 cases and distributed over $7 billion in funds. Our leadership team has nearly 150 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Recent representative cases include *Cordova et al v. United Education Institute et al*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

## PRIVACY AND SECURITY

### Overview

4. Simpluris maintains robust data and cybersecurity practices, controls, and procedures. These include the use of layered, industry-leading software and hardware systems to prevent both external and internal unauthorized access to sensitive client and company data. Unique among other administrators, Simpluris has developed a comprehensive, integrated administration system, Cadence, which was designed specifically to provide the highest level of data privacy and anti-intrusion security. Our systems are monitored, tested, and constantly

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SETTLEMENT
ADMINISTRATOR SIMPLURIS INC.

upgraded by a highly experienced team of IT professionals, and systemwide security is overseen directly by our CTO.

5. Simpluris is SOC 2 Type 1 and Type 2 certified. SOC 2 is a standard developed by the American Institute of CPAs (AICPA) to ensure that customer data is handled in a way that meets strict security, availability, integrity, confidentiality, and privacy standards. Certification requires an extensive audit of all aspects of company data practices by a qualified independent CPA or accounting firm.

6. As an approved Redress Administrator for the FTC, and approved Fund Administrator for the SEC, Simpluris maintains Federal Information Security Management Act ("FISMA") and National Institute of Standards and Technology ("NIST") certification for data security.

**Security and Access Controls**

7. In compliance with the above certifications, Simpluris maintains strict physical and electronic access controls. For physical infrastructure and equipment these include access logs, video monitoring, and alarm systems. For electronic systems, this includes comprehensive, constantly monitored and updated, best-in-class anti-intrusion and anti-exfiltration measures. Access privileges to all computers, including individual employee workstations, is limited to the minimum required. Requests for additional privileges must be approved by both the employee's manager and IT security.

**Administrative Policies**

8. All Simpluris employees undergo a pre-hire background check and screening process.

9. All Simpluris employees enter into a non-disclosure agreement.

10. All Simpluris employees are required to undergo HIPAA training.

11. All Simpluris employees are held to the highest ethical standards, and expected behavior is codified in the Employee Handbook, as well as other written policies and procedures.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SETTLEMENT
ADMINISTRATOR SIMPLURIS INC.

Simpluris adheres to clearly defined disciplinary procedures, and violations of policy can result in consequences up to and including termination of employment.

12. When employment ends, the former employee's access to all Simpluris physical locations and electronic systems is immediately terminated.

13. Simpluris carefully reviews all vendors and third-party services and service providers, and engages only those who meet our high standards for security and reliability.

14. Simpluris has never experienced a data breach. However, should such an event take place, Simpluris maintains a detailed incident response plan. The plan includes specific internal procedures and responses, as well as external notifications to our general counsel and third-party stakeholders.

### Data Practices

16. Simpluris will collect and maintain class data only to the extent required by the administration of this settlement.

17. In all situations in which Simpluris employees handle PII, including class member data, we do so solely for the purpose of carrying out our duties and responsibilities as a third-party administrator.

18. Class data is maintained and preserved only for as long as required for administration of the settlement and any relevant subsequent reporting required. Data maintained on Simpluris' systems, including backups, is then deleted using NIST/DOD standards. Any data existing on external drives or other media provided to Simpluris in the course of the administration are either securely returned to the party that provided them, or wiped using NIST/DOD standards and physically destroyed.

### Insurance

19. Simpluris maintains appropriate insurance coverage, including E & O and cybersecurity policies.

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

**OVERVIEW**

20. Simpluris has been selected by counsel in the captioned matter to serve as the class action Settlement Administrator in this case. Based on information provided by the parties to date, Simpluris anticipates notice and administration expenses in the amount of $16,017.00. Optional services for potential redistribution are estimated to incur an additional $3,968.18 for each subsequent distribution.

21. Per the information provided by the parties to date, in the course of this administration Simpluris will be charged with, among other responsibilities:

    a. Disseminating notice of the proposed Settlement in compliance with the requirements of the Class Action Fairness Act, 28 U.S.C. Sec. 1711, et seq. ("CAFA"), to be served upon the appropriate State official in each State where a Class Member resides and the appropriate federal official;

    b. Establishing and maintaining an Interactive Voice Response ("IVR") settlement toll-free telephone number that will be available 24 hours a day and offer answers to frequently asked questions ("FAQs");

    c. Developing and maintaining an interactive settlement website that will host relevant settlement documents; allow eligible Class Members to submit online payment elections; and comply with data privacy requirements, including a detailed Privacy Policy;

    d. Processing incoming online payment selections, requests for exclusion, objections, and related class correspondence;

    e. Sending an email notice of the Settlement to eligible Class Members, for whom an email address is available, to provide information about the settlement, opt-out rights, objection procedures, the deadlines to do so, and other relevant dates;

    f. Mailing direct notice of the Settlement, consisting of a single postcard, to eligible Class Members for whom no email address is available or whose email address bounces back, to provide information about the settlement, opt-out rights, objection procedures, the deadlines to do so, and other relevant dates;

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SETTLEMENT
ADMINISTRATOR SIMPLURIS INC.

g. Establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

h. Processing payments to Class Members who do not timely opt out;

i. Preparing and filing all applicable tax forms and tax returns with state and federal agencies; and

j. Reporting on the status of the notice, opt-outs, objections, and distribution as required by the parties and Court.

22. Prior to sending direct email notice, Simpluris will confirm that all email addresses received are properly formatted and able to receive notice. If direct email notice is returned, or "bounced back," Simpluris will make a second attempt to re-send the email notice where feasible.

23. Prior to sending direct and reminder notice by postcard, Simpluris will update the mailing address information for Settlement Class Members via the USPS National Change of Address ("NCOA") database, which provides updated address information for individuals or entities who have moved during the previous four years and filed a change of address with the USPS. Additionally, all addresses will be processed through the USPS Coding Accuracy Support System ("CASS") and Locatable Address Conversion System ("LACS") to ensure deliverability.

24. Postcards returned to Simpluris by the USPS with a forwarding address will be re-mailed to the new address provided by USPS, and the Settlement Class Member database will be updated accordingly.

25. Postcards returned to Simpluris by the USPS without forwarding addresses will be processed through a public records address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, and other sources, to locate updated mailing addresses. When new postal addresses are located, the Settlement Class Member database will be updated and the notice remailed.

26. I believe the proposed notice plan, consisting of direct notice by email and postcard notification, interactive settlement website, and communication with Class Members via IVR,

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS INC.

represents "the best notice that is practicable under the circumstances" and will fully comply with the requirements set forth in Fed. R. Civ. P. 23(c)(2)(B).

27. The proposed administration as a whole will fully implement the Settlement Agreement reached by parties.

I declare under penalty of the perjury under the laws of the United States that the foregoing is true and correct. Executed on February 26, 2026, in Costa Mesa, California.

_Bri Nelson_

BRI NELSON

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF SETTLEMENT
ADMINISTRATOR SIMPLURIS INC.

- 7 -