# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 14, 2026 | **Time:** 20 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 25-cv-5625-YGR | **Case Name:** Bailey v. Block et al | |

**Attorney for Plaintiff:** Randall Pulliam and Elliot Jason Conn
**Attorney for Defendant Block:** Ali Abugheida
**Attorney for Defendant First Electronic Bank:** Elizabeth Holt Andrews

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Stephen Franklin; via Zoom

## PROCEEDINGS

Motion for Settlement – held via Zoom Webinar.

The Court heard argument on the plaintiff's motion for approval of settlement.

The plaintiff is ordered to file a supplement on the docket to explain the status of the case to the members of the putative class.