CARNEY BATES & PULLIAM, PLLC
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Brown (*pro hac vice*)
cbrown@cbplaw.com
1 Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

CONN LAW, PC
Elliot Conn, CA Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

JACOBSON PHILLIPS, PLLC
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
2277 Lee Rd., Ste. B
Winter Park, FL 32789
Telephone: (321) 447-6461

*Attorneys for Plaintiff Bradley Bailey and
the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY BAILEY, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., D/B/A CASH APP, SQUARE FINANCIAL SERVICES, INC., FIRST ELECTRONIC BANK, and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 4:25-cv-05625-YGR<br><br>**PLAINTIFF'S SUPPLEMENTAL FILING IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Dept: Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Trial Date: None set<br>Date Action Removed: July 3, 2025 |

The Parties appeared before the Court on Plaintiff's Motion for Preliminary Approval of Class Action Settlement on July 14, 2026. At this hearing, Plaintiff's counsel provided additional information in further support of the proposed settlement (the "Settlement"). Specifically, counsel explained:

- Defendants maintain procedures aimed at identifying "covered borrowers" under the Military Lending Act ("MLA") and complying with the requirements of the MLA, including its cap on interest. However, two programming errors occurred between September 19, 2022 and June 12, 2023 that resulted in a failure to timely confirm covered borrower status before loan disbursement. Block followed the MLA's permitted practice and checked the Department of Defense's ("DoD") MLA database to determine if a customer was a covered borrower under the MLA, but a programming error allowed loan offers to be made before this MLA database check had been completed. The second programming error caused systems not to update the MLA's covered borrower status for borrowers with outstanding Borrow loans before they obtained subsequent loans. In combination, these programming errors allowed certain covered borrowers to obtain Borrow loans that exceeded the MLA's Military Annual Percentage Rate 36% limit during this limited period of time. By June 12, 2023, Block made changes to its system, which eliminated these programming errors in the ordinary course of business.

- Defendants maintain that these were bona fide errors under the MLA and that, as such, Defendants cannot be held liable and if Defendants were to prevail class members would receive nothing. 10 U.S.C. § 987(5)(D).

- Defendants identified 1,720 covered borrowers, as defined under the MLA and its implementing regulations, who, as of May 28, 2025, obtained 6,874 Cash App Borrow

PL.'S SUPPLEMENTAL FILING IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

loans from FEB through Block's Cash App platform, in which the Military Annual Percentage Rate applicable to the Cash App Borrow loan exceeded thirty-six percent (36%). These individuals comprise the Settlement Class. The average amount of their loans was $64.12, and the average amount of interest paid in excess of the MLA's limit was $1.42 per transaction.

- Thus, the Settlement Class paid $9,809.93 more in the aggregate than the MLA permits.

- The Settlement creates a common fund of $615,000.00. As a result, the proposed Settlement achieves a recovery that is approximately 62 times larger than the excess interest incurred by the Settlement Class. The common fund amount exceeds the amount of all loans taken out by Settlement Class Members by 39.5%. The Settlement represents 17.6% of statutory damages available under the MLA.

- If the Settlement is approved as proposed, the Settlement Class Members will receive $59.82 for each Cash App Borrow loan obtained. This recovery represents approximately 42 times the amount of average excess interest incurred.

- Payments from the Settlement are made to the Settlement Class Members on a pro-rata basis, meaning a class member will receive $59.82 for each Cash App Borrow loan in which the MLA's interest rate cap was exceeded. For example, a Settlement Class Member with four Cash App Borrow loans will receive $239.28, while a Settlement Class Member with two Cash App Borrow loans will receive $119.64.

- Given the programming errors that led to the relevant loans being issued in June 2023 have been corrected and Defendants are not issuing loans to covered borrowers at rates exceeding the MLA's interest rate cap, Plaintiffs did not seek injunctive relief as part of the Settlement.

PL.'S SUPPLEMENTAL FILING IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

- The Settlement does not impact any other pending cases.

- All Settlement Class Members are covered borrowers as defined by the MLA. Any Georgia residents that are not covered borrowers are not included the settlement class and are not releasing any claims. While any covered borrower Georgia residents (to the extent there are any) are releasing claims under the Georgia Payday Loan Act, the relief obtained through this action is an order of magnitude greater than the remedies available under the Georgia Payday Loan Act.  Moreover, as Defendants' counsel explained, Defendants did not make the at-issue loans to Georgia residents during the relevant period of time.

- Individuals who are not covered borrowers under the MLA are not releasing any claims in this Settlement.

Plaintiff's counsel believe that this is an excellent recovery on behalf of the Settlement Class, and is appropriate for preliminary approval.

Dated:  July 23, 2026

Respectfully submitted,

*/s/ Randall K. Pulliam*
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Brown (*pro hac vice*)
cbrown@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

JACOBSON PHILLIPS, PLLC
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
2277 Lee Rd., Ste. B
Winter Park, FL 32789
Telephone: (321) 447-6461

PL.'S SUPPLEMENTAL FILING IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

CONN LAW, PC
Elliot Conn, California Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

*Attorneys for Plaintiff Bradley Bailey and the Proposed Classes*

**LOCAL RULE 5-1(i)(3) STATEMENT**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that in concurrence to the filing of this document permission was obtained from the signatory, and that I will maintain records to support this concurrence by the signatory subject to this declaration as required under the local rules.

Dated:  July 23, 2026                          CONN LAW, PC


                                               /s/ *Elliot Conn*
                                               ELLIOT CONN
                                               Elliot Conn, California Bar No. 279920
                                               elliot@connlawpc.com
                                               100 Bush Street, Suite 1580
                                               San Francisco, CA 94104
                                               Telephone: (415) 417-2780
                                               Facsimile: (415) 358-4941

PL.'S SUPPLEMENTAL FILING IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT